# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

130660

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

NICOLE BAILEY,
            Plaintiff-Appellee,

v

SC: 130660
COA: 267318
Wayne CC: 2004-425942-NO

FOREST PARK APARTMENTS,
Individually and d/b/a INDEPENDENT
MANAGEMENT SERVICES,
            Defendant-Appellant

and

THE CARSWELL GROUP,
            Defendant-Appellant,

and

COMERICA BANK,
            Garnishee-Defendant.

_____/

On order of the Court, the application for leave to appeal the January 25, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

_____
Clerk

s0522